# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>HERLIN TORRES, JR.,<br><br>Respondents. | OLD CASE NO: 1:15-cv-00427 AWI SKO<br><br>NEW CASE NO: 1:15-cv-00427 LJO MJS<br><br>**ORDER RELATING AND REASSIGNING CASE** |

Review of the above-captioned action reveals that it is related under Eastern District of California Local Rule 123 to *United States of America v. Olma Torres*, Case No. 1:15-cv-00425-LJO-MJS. The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge, and no consolidation of cases is effected.

On the basis of good cause, the above-captioned action is reassigned to U.S. District Judge Lawrence J. O'Neill and U.S. Magistrate Judge Michael J. Seng, with new **Case No. 1:15-cv-00427 LJO MJS** to reflect these reassignments.

IT IS SO ORDERED.

    Dated:   **March 23, 2015**             /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

1